**Opinion filed September 27, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00112-CV

_____

## MARILYN HANKS, Appellant

## V.

## CITY OF MINERAL WELLS, Appellee

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C48039**

## M E M O R A N D U M   O P I N I O N

Marilyn Hanks has filed in this court a motion to dismiss this appeal. Hanks states in her motion that she no longer desires to pursue this appeal. In accordance with Hank's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a).

The motion to dismiss is granted, and the appeal is dismissed.


September 27, 2018                                    PER CURIAM

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.